

**FILED**

**DISTRICT COURT OF GUAM**

# UNITED STATES DISTRICT COURT

for the

District of Guam

**AUG 3 0 2021**

**JEANNE G. QUINATA**
**CLERK OF COURT**

In the Matter of the Search of

*(Briefly describe the property to be searched*
*or identify the person by name and address)*
The Person of Barry Nauta and Items in His Possession

)
)
)
)
)
)

Case No. **MJ 21 - 00196**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

The Person of Barry Nauta and Items in His Possession. Further described in Attachment A.

located in the _____ District of _____ Guam _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841(a)(1), 843(b) & 846 | Distribution of Methamphetamine |

The application is based on these facts:

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

BENJAMIN J. WHITSITT, U.S. Postal Inspector, USPS
*Printed name and title*

SLG

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means).*

Date: **8/30/21**

_____
*Judge's signature*

City and state: Hagatna, Guam

MICHAEL J. BORDALLO, U.S. Magistrate Judge
*Printed name and title*

**ORIGINAL**

# AFFIDAVIT

I, Benjamin J. Whitsitt, being duly sworn, depose and say as follows:

## A.    Background of Affiant

1.      I am a United States Postal Inspector currently assigned to the United States Postal Inspection Service (USPIS) San Francisco Division, specifically to the Guam Domicile, which is responsible for investigating narcotics violations involving the United States Mail. My responsibilities include the detection and prevention of the transportation of narcotics/controlled substances through the United States Mail, to include, conducting narcotics investigations and executing arrests of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony), and 846 (Conspiracy to Distribute a Controlled Substance). Part of my training as a Postal Inspector included narcotics trafficking investigative techniques related to the identification and detection of controlled substances being transported in the United States Mail.

2.      Prior to joining the inspection service, I was employed by the United States Border Patrol for five years and employed as a Dallas Police Officer for six years. During my career as a law enforcement officer, I have worked drug trafficking investigations and participated controlled substance investigations involving the transportation of controlled substances or proceeds/payments through parcel delivery services, to include the United States Mail. During this time I have intercepted or helped in intercepting parcels which were found to have contained controlled substances or the proceeds of controlled substance sales. I have received training by

1

the U.S. Postal Inspection Service (USPIS) in the investigation of controlled substances or the proceeds of narcotics sales being transported through parcel delivery services.

3.   I am familiar with the operation of illegal drug trafficking organizations (DTO) in the United States, and DTO with foreign nexus. I know from my training, knowledge and experience that the importers and distributors of controlled substances often utilize the U.S. Postal Service, and express freight forwarding cargo companies such as UPS, and FedEx to facilitate the distribution of controlled substances. Such express parcels will come from foreign or domestic places of origin and will be typically sent by Express, Priority, or First Class Mail.

4.   I am aware, based on my personal training and experience, that narcotics traffickers often use cellular phones to communicate instructions, plans and intentions to their criminal associates and to report on the progress of their criminal activities, and save the names, addresses and telephone numbers of these criminal associates as "contacts" on their cellular telephones or other electronic devices. I am aware that evidence of these instructions, plans, intentions, reports and general discussions of criminal activity are sent or received in the form of text messages, incoming and outgoing call histories or voice messages left in personal voice mail systems. I am familiar in the methods in which text messages are sent and received and know that third party phone applications, most commonly referred to as "Apps," are widely used.

5.   I am also aware that narcotics traffickers take or cause to be taken photographs or video movies of themselves, their associates, their property and assets, and their product. Courts have recognized that unexplained increases in wealth, particularly when this wealth is not reported as income or is in excess of an individual's reported income, and is primarily in the

2

form of cash, is probative evidence of crimes motivated by greed, including drug trafficking activities.

6.      I am also aware that these new "Apps" allow narcotics traffickers and smugglers to conduct financial transactions on their cellular telephones or other electronic devices via individual financial institution "Apps" to transfer money suspected to be the proceeds from the sale of illegal narcotics from one account to another without ever having to enter a physical location of that financial institution.

7.      I am aware that cellular and electronic devices have the capability to store extensive financial records or information to include but not limited to, bank, checks and credit card information, account information and other financial records.  This capability allows narcotics traffickers to maintain their anonymity and lessen the likelihood of being discovered by law enforcement personnel.

8.      I am aware that cellular and electronic devices have the capability to show and retain information regarding the ownership of (or) who used the device, when files and additional information  were created, edited or deleted, such as logs, registry entries, configuration files, usernames and passwords, documents, browsing history, user profiles, email contacts, "chat" and instant messaging logs, photographs and correspondence.

9.      The information contained within this affidavit is based upon my personal observations, training, and on information related to me by other law enforcement officers and investigators as set forth more fully herein.  This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  I have set forth only the facts that I believe are necessary to establish probable

3

cause to believe that evidence, fruits, and instrumentalities of the violations of Title 21 U.S.C. §§841(a)(1), 846.

**B.    Purpose of Affidavit and Identification of the Device to Be Examined**

10.    Based on the criminal investigation to date, along with my training and experience, I submit there is probable cause for a search warrant to search the person of Barry Nauta (hereafter NAUTA) and items in his immediate possession, including electronic devices utilized in support of the scheme.

11.    I believe the evidence obtained represents evidence of violations of 21 U.S.C 841 (a) (1) – Manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance; 21 U.S.C 846 – Attempt and conspiracy to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance.

**C.    Facts Establishing Probable Cause**

12.    On August 12, 2021, this Honorable Court issued search warrants MJ-21-00177 and MJ-21-00178 for two priority mail packages addressed to Valerie Mesa, 151 S. David Gorton St., Talofofo, Guam 96915. Upon executing these search warrants, 944 grams of methamphetamine were seized from priority mail package with tracking number 9505 5130 0646 1216 8688 22 (Exhibit 1) and 912 grams of methamphetamine were seized from priority mail package with tracking number 9505 5130 0646 1216 8687 78 (Exhibit 2).

13.    On August 18, 2021, this Honorable Court issued tracking warrants MJ-21-00188 and MJ-21-00186 for these two priority mail packages addressed to Valerie Mesa, 151 S. David Gorton St., Talofofo, Guam 96915.

4

14.     On August 19, 2021 USPIS along with other law enforcement agencies conducted a controlled delivery of the two packages to 151 S. David Gorton Street, Talofofo, Guam 96915. At approximately 10:30 AM, USPIS Task Force Officer (TFO) Valerie Pereda and your affiant, conducting in an undercover capacity, delivered the two packages to the residence. NAUTA was the individual that accepted the two packages. At approximately 11:00 AM, your affiant observed movement on the GPS tracker that showed the packages moving towards the street to an area near trash cans and green van (appeared inoperable) in front of the residence. At approximately 12:30 PM, your affiant was notified that NAUTA had contacted a postal carrier regarding the delivery. Your affiant and TFO Pereda traveled to the Barrigada General Mail Facility to conduct an interview with contract mail carrier Reynard Valencia ("Valencia").

15.     During the interview, Valencia stated that he was introduced to NAUTA approximately two months ago by a previous co-worker at United Airlines. Valencia stated that NAUTA had requested that Valencia pick up a package for him at the Barrigada General Mail Facility that was scheduled to be returned. Valencia agreed and took the package to the Subway in Dededo where he gave it to NAUTA.

16.     Valencia stated approximately a month after he delivered the package to NAUTA, he was at a "cock fight" and was losing when NAUTA approached him and stated, "I can see that you losing" and gave Valencia $1500.00 in cash. Valencia stated that he attempted to give the cash back but NAUTA refused.

17.     Valencia provided your affiant a WhatsApp conversation between himself (671-685-5659) and NAUTA (671-777-8458). The conversation, beginning on July 29, 2021, shows NAUTA sent United Stated Postal Service tracking numbers to Valencia with a request for him

5

to locate these packages. On July 30, 2021, NAUTA sent Valencia priority mail tracking number 9505 5114 5974 1200 6250 01 with a request to check the status. This package is addressed to 125 Aridondon Maite St., Talafofo, Guam 96915. Valencia makes several attempts to locate the package via USPS tracking. Valencia then contacted the carrier for this route to check the status. Valencia was only provided the tracking number via WhatsApp and when he inquired with the carrier, he provided the address of 126 Aridondo Maite, NAUTA then corrects him with the address 125 Aridondo Maite Street.

        a. On July 28, 2021 this Honorable Court issued search warrant MJ 21-00157 for a Priority mail package addressed to NautaBarry, 125 Aridondon Maite St. Talafofo, Guam 96915 with tracking number 9505 5114 5974 1200 6250 01. Upon execution of this search warrant, 899 grams of methamphetamine were recovered (Exhibit 3).

18.    On August 11, 2021, NAUTA sent Valencia three tracking numbers 9505 5130 0646 1216 8688 22, 9505 5130 0646 1216 8687 78, and 9505 5150 6874 1215 4409 34 with a request for him to check the status. Priority mail packages with tracking numbers 9505 5130 0646 1216 8688 22 and 9505 5130 0646 1216 8687 78 were addressed to Valerie Mesa, 151 S. David Gorton St., Talofofo, Guam 96915 (previously referenced). Priority mail package with tracking number 9505 5150 6874 1215 4409 34 was addressed to Roque Sablan, 126 Joseph Eustaquio St., Yona, Guam 96915.

19.    On August 12, 2021 this Honorable Court issued search warrant MJ-21-00184 for priority mail parcel 9505 5150 6874 1215 4409 34 addressed to Roque Sablan, 126 Joseph Eustaquio St., Yona, Guam 96915. Upon execution of this search warrant, 914 grams of methamphetamine were recovered (Exhibit 4).

6

20.     Valencia again made several attempts to locate the packages. NAUTA inquired with Valencia using WhatsApp regarding the status of the packages on a daily basis from August 11, 2021 until the day of the controlled delivery on August 19, 2021. On one occasion, NAUTA asked Valencia if it was possible that "Chong", the carrier assigned to his address, will be making a second run. Valencia asked if the address is 151 Gorton St, and NAUTA corrected him stating it is "151 south David Gorton st."

21.     On August 19, 2021 at approximately 10:45 AM, Valencia received a call from NAUTA informing him that the two parcels addressed to 151 S. David Gorton St, Talofofo, Guam 96915 were delivered but not by his usual carrier "Chong." Valencia told your affiant that NAUTA then gave a description of a female letter carrier. Valencia responded with "that's strange, we don't have any female carriers that deliver in that area." Valencia stated that NAUTA then instructed him to find out who the carrier was when he got back to the post office.

22.     On August 20, 2021 at approximately 12:00 PM, your affiant and Drug Enforcement Agency Task Force officer Jeremiah Cruz approached NAUTA as he was sitting outside of the residence at 151 S. David Gorton St., Talofofo, Guam 96915. He was read his Miranda warning and signed a waiver agreeing to speak to Inspector Whitsitt and TFO Cruz. NAUTA stated that he lives at the residence of 151 S. David Gorton Street, Talofofo, Guam 96915 with his common law spouse Valerie Mesa. NAUTA provided the contact phone numbers of 671-789-2164 (Home) and 671-727-2164 (cell). NAUTA stated that he accepted the packages and placed them on the table in front of his residence. NAUTA stated that he did not know where the packages went. When confronted with the information that he was observed moving the packages to the area of the van, he admitted that he moved them to the back of the van. Your affiant then

7

asked NAUTA why he did not open the packages. NAUTA responded that he did not want to speak any more without a lawyer present. The two packages were recovered from the back of the van.

23.     Based on my training and experience, the behavior of NAUTA shows that he is using the cellular phone tied to the number 671-777-8458 to facilitate the distribution of narcotics. The only packages that he requested to be tracked by a postal employee contained narcotics and NAUTA used the phone to attempt to obtain the identity of the carrier that delivered the packages to his residence. NAUTA attempted to conceal the packages that he requested be tracked by the postal employee inside of a van parked in front of the residence. NAUTA then lied about their location. NAUTA also provided a cell phone number that does not match the number that was utilized to contact Valencia. This is behavior that is consistent with a drug trafficker attempting to avoid detection by law enforcement.

FURTHER AFFIANT SAYETH NAUGHT.



BENJAMIN J. WHITSITT
Postal Inspector
United States Postal Inspection Service

8

**Exhibit 1**

U.S. POSTAGE PAID
PM
SAINT GEORGE, UT
84770
AUG 04, 21
AMOUNT
$21.90
R2303S101522-17
1004
96915
FROM:
VISIT US AT USPS.COM
PRIORITY MAIL
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE
FROM: Nate Mesa
2164 N. 1770
St. George, Ut. 84770
TO: Valerie Mesa
151 S. David Gorton St.
Talofofo, Guam 96915
9505 5130 0646 1216 8688 22
CP72-CUSTOMS DECLARATION
(435) 252-9989
NATE MESA
2164 N 1770 W
SAINT GEORGE, UT 84770
BACKPACK
BINDERS
SCHOOL SUPPLIES
LUNCH BOX
8/4/21
(671)-777-5884
VALERIE MESA
151 S DAVID GORTON ST
SANTA RITA
GU
96915
Overseas Diplomatic/Military Mail
FOR DOMESTIC AND INTERNATIONAL USE
UNITED STATES POSTAL SERVICE
USPS Customs Declaration and Dispatch Note
Print in English using blue or black ink.
Complete all SHADED fields before acceptance.
See the Privacy Notice on the reverse of Copy 4.
9505513006461216868822





**Exhibit 2**





Exhibit 3





**Exhibit 4**





**Exhibit 5**







UNITED STATES

PRIORITY MAIL

FROM: Nate Mesa
2164 W. 1770
St. George, UT 84770

TO: Valerie Mesa
151 S. David Gorton St
Talofofo, Guam 96915

LARGE MAILING BOX
FOR DOMESTIC AND
INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

$42.90



## ATTACHMENT A

## <u>PERSON TO BE SEARCHED</u>

1. Barry NAUTA

   a. Legal Name: Barry Joe L. Nauta

   b. Date of Birth: 11/24/1979

   c. Social Security Number: 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

   d. Residential Address: 151 S. David Gorton Street, Talofofo, Guam 96915

**ATTACHMENT B**

1. Search NAUTA for any evidence related to the ongoing illegal scheme activity, specifically that which constitutes evidence, instrumentalities, or fruits of violation of violations of 21 U.S.C 841 (a) (1) – Manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance; 21 U.S.C 846 – Attempt and conspiracy to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance; and

2. Open and search any boxes, bags, or things in the nature thereof, locked or otherwise found in or upon said person or in his immediate possession; and

3. Seize, open and view all cell phones, telephone records and bills that might contain evidence of phone calls to and from co-conspirators, banks, and their stored information that are found on said person or in his immediate possession and to remove said devices from their location for a thorough examination at a controlled site.